Charlene McCAMEY, Petitioner,

v.

DISTRICT OF COLUMBIA DEPART-
MENT OF EMPLOYMENT SER-
VICES, Respondent.

No. 04–AA–211.

District of Columbia Court of Appeals.

March 15, 2006.

Before: WASHINGTON, Chief
Judge; *SCHWELB, FARRELL, *RUIZ,
REID, GLICKMAN, KRAMER and
FISHER, Associate Judges; *KING,
Senior Judge.

ORDER

PER CURIAM.

On consideration of petitioner's petition
for rehearing or rehearing en banc, and
the opposition thereto, it is

ORDERED by the merits division* that
the petition for rehearing is denied; and it
appearing that the majority of the judges
of this court has voted to grant the petition
for rehearing en banc, it is

FURTHER ORDERED that petition-
er's petition for rehearing en banc is
granted and that the opinion and judgment
of November 10, 2005, are hereby vacated.
It is

FURTHER ORDERED that the Clerk
shall schedule this matter for argument
before the court sitting en banc as soon as
the calendar permits. It is

FURTHER ORDERED that petition-
er's brief shall be filed on or before April
24, 2006, and respondent's brief shall be
filed on or before May 24, 2006. Petition-
er may file a reply brief no later than June
8, 2006. Each party shall file ten copies of
its briefs. These new briefs shall be spe-
cifically designed for consideration by and
addressed to the en banc court and shall
supersede all briefs previously filed in this
appeal. It is

FURTHER ORDERED that any re-
quests for extension of time will be looked
upon with disfavor and will be granted
only upon a showing of good cause.